UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Hakeem Sultaana,  Case No. 1:14-cv-1382

    Plaintiff

  v.  JUDGMENT ENTRY

Cuyahoga County Sheriff
Frank Bova, *et al.*,

    Defendants

    In accordance with my accompanying Memorandum Opinion and Order, this § 2241 petition is dismissed, and the pending motions (Doc. Nos. 3, 4, 5, 6, 7, 8, and 9) are denied as moot. Further, I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253; Fed. R. App. P. 22(b).

    So Ordered.

     s/Jeffrey J. Helmick
    United States District Judge